1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:         (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendant
   Sub America, L.L.C. d/b/a Subway*

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11  DIANA RAMOS-MOLINA, an individual;,    CASE NO.:   2:19-cv-00253-MMD-GWF

12           Plaintiff,

13  vs.                                     **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**

14  SUBAMERICA, L.L.C., a Nevada limited
    liability Company, d/b/a SUBWAY; DOES 1-
15  10 inclusive; ROES CORPORATIONS/        (First Request)
    ENTITIES 1 through 10 inclusive,
16
             Defendants.
17

18

19      IT IS HEREBY STIPULATED by and between the parties hereto, through their

20  respective undersigned counsel of record, that the **Early Neutral Evaluation** currently

21  scheduled for **June 12, 2019**, be rescheduled to a date and time either prior to or after June 14,

22  2019 that is convenient and acceptable to this Honorable Court.

23  / / /

24

1  This request is made due to defense counsel having non-refundable travel plans from
2  June 7-14, 2019. This request is made jointly by the parties and not for purposes of delay.
3  DATED this 21st day of March, 2019

4  THE THATER LAW GROUP, P.C.                KAEMPFER CROWELL

6  By:   /s/ M. Lani Esteban-Trinidad          By:   /s/ Lyssa S. Anderson
       M. LANI ESTEBAN-TRINIDAD                    LYSSA S. ANDERSON
7      Nevada Bar No. 006967                       Nevada Bar No. 5781
       7000 Smoke Ranch Rd., Ste. C                RYAN W. DANIELS
8      Las Vegas, Nevada 89128                     Nevada Bar No. 13094
                                                   1980 Festival Plaza Drive, Suite 650
9   *Attorneys for Plaintiff*                      Las Vegas, Nevada 89135
    *Diana Ramos-Molina*
10                                                 *Attorneys for Defendant*
                                                   *Sub America, L.L.C. d/b/a Subway*

## ORDER

IT IS SO ORDERED that the **Early Neutral Evaluation** currently scheduled for **June 12, 2019** is vacated and rescheduled to _Wednesday, June 26_, 2019. Plaintiff must report to the chambers of the undersigned United States magistrate judge, Room 3014, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada at **8:30 a.m.** Defendant must report to the chambers of the undersigned at **9:00 a.m.**

ENE briefs are due to chambers by 4:00 p.m. on Wednesday, June 19, 2019.
DATED: March 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE