UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA RAMOS-MOLINA, an individual;, <br><br> Plaintiff, <br><br> vs. <br><br> SUBAMERICA, L.L.C., a Nevada limited liability Company, d/b/a SUBWAY; DOES 1-10 inclusive; ROES CORPORATIONS/ ENTITIES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.:  2:19-cv-00253-MMD-GWF <br><br> **ORDER RE:** <br> **Stipulation for Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Defendant, SUBAMERICA, L.L.C., a Nevada limited liability Company, d/b/a SUBWAY, by and through their counsel, Kaempfer Crowell, and Plaintiff, DIANA RAMOS-MOLINA, by and through her

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2375729_1.doc  6943.172

Page 1 of 2

counsel, The Thater Law Group, P.C., that all of Plaintiff's claims against Defendant are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs.

DATED this 23rd day of July, 2019

| THE THATER LAW GROUP, P.C. | KAEMPFER CROWELL |
|---|---|
| By: /s/ M. Lani Esteban-Trinidad<br>M. LANI ESTEBAN-TRINIDAD<br>Nevada Bar No. 006967<br>7000 Smoke Ranch Rd., Ste. C<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Plaintiff*<br>*Diana Ramos-Molina* | By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Sub America, L.L.C. d/b/a Subway* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 24, 2019